**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _______________

FILED by ASS D.C.
FEB 14 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

GERTI MUHO,

Plaintiff,

v.

ALPHONSE FLETCHER JR., JAMIE DIMON, ERMANNO UNTERNAEHRER, YVES BLOCH, PETER C. HARVEY, DEBORAH H. MIDANEK, MARIANNE RAJIC, DENIS J. KIELY, TODD R. HARRISON, NEAL BRICKMAN, ROBERT FIEDLER, CHAD M. SHANDLER, ELIZABETH M. RIORDAN, JANE METCALF, HENRY E. GALLAGHER, JR., FLOYD SAUNDERS, JAY SHAWS, IVONA SINOVIC, DAVID E. WILKS, MICHAEL S. MEADE, ALEX WEINGARTEN, J.P. MORGAN CHASE & CO., PATTON BOGGS LLP., MORRISON & FOERSTER LLP., BRICKMAN LEONARD & BAMBERGER, P.C., CITCO GROUP LTD., PASIG LTD., KASOWITZ BENSON TORRES & FRIEDMAN LLP., RICHARDS, LAYTON & FINGER, P.A., FLETCHER ASSET MANAGEMENT, INC., PATTERSON BELKNAP WEBB & TYLER LLP, SOLON GROUP, INC.,LAMPOST CAPITAL, L.C., OGIER LLP., CITIBANK N.A., WILMINGTON TRUST, N.A., WALKERS LLP, WEILL GOTSHALL & MANGES LLP, WILKS, LUKOFF & BRACEGIRDLE, LLC., MCDERMOTT WILL & EMERY LLP., WEINGARTEN & BROWN LLP., CONNOLLY GALLAGHER LLP., PINNACLE FUND ADMINISTRATION, FOX ROTHSCHILD LLP., PORZIO, BROMBERG & NEWMAN, P.C. CITCO TRADING, INC.

Defendants.
_______________________________________________/

**Affidavit 01. The Three Thefts by JPMorgan & Chase Co.**

I, Gerti Muho, having been duly sworn, depose and state as follows:

1. In January 2013, I commissioned a four month effort to coherently consolidate

valuable information formerly held by hundreds of closed entities with two dozen ongoing funds and four fund-managers who all-together could exploit the valuable information.

2. Bound to the funds investors; armed with the information it needed and the assets required; and aligned in incentive with a tested, audacious leader – all to form one entity. I succeeded when one entity was formed in April 2013—Leveraged Hawk, Inc. ("**Leveraged**").

3. Leveraged had everything needed to become the first ever true and lethal challenger that threatened Citco Group, Ltd. ("**Citco**"), JPMorgan Chase & Co. ("**JP Morgan**"), and Fletcher Asset Management, Inc. ("**FAM**"). Leveraged controlled all funds and funds-managers. Richcourt Holding, Inc. remained a cooperative shareholder with no substantive objections and no lawsuit. In short, the four month effort I began in January had been a spectacular success in April 2013.

3. Leveraged's lawyers, however, were quick to leave me on my own. I had no attorney, and, worse still, I had no money, having relied on the idea that all banks would follow all laws. I did have the following marketable possessions: 2-3 bank checks made out to entities purchased by Leveraged for a combined $6,000.00-9,000.00, and a check duly negotiated to me by Asset Holding Company 3 LLC.

4. I deposited all instruments in my personal bank account at Citibank. The bank checks cleared like cash, and JPMorgan Chase employees later confirmed to me that bank checks should be considered $[check amount], or dollar bills denominated in the amount of the face value, or cash.

5.      Citibank called me the day after I deposited the one non-bank check at my local Citibank ATM and told me the check would be returned to me the following day because the instrument was originally made payable to an LLC. The check was back in my possession two days after I deposited it. That check was for a value between $2,000 and $3,000.

6.      I researched the topic and arrived at the conclusion that it really was hit or miss whether a bank would clear such a check to someone's personal bank account. Some bank cashed the checks and some did not. Through my research, I learned that JP Morgan Chase Bank was the bank most often associated with cashing the checks.

7.      About a week later, I opened a checking account at JP Morgan Chase. I needed an account for the expenses related to the investment advisory firm, and JPMorgan Chase came recommended to me by my attorney at the time, Neal Brickman.

8.      I opened the account online as a business account for a sole proprietor in the name of Gerti Muho Capital Management. I immediately deposited $100.00, as required, to open the account. A week or so later, I took the check and deposited it in person at a Chase branch in New York City. The Chase teller reviewed the check thoroughly and accepted the deposit. As the check was negotiated to me by the payee, the funds would take two weeks to become available. The fund availability date was near the end of June. Everything was as expected.

9.      Before the funds became available, I needed money. As my deposit would become available in the next day or so, I felt there was no reason why I couldn't take part of the original $100 in my Chase account out for necessary expenses. I went to a Chase ATM and my attempt to withdraw $80 failed. I tried a smaller amount, but still failed. The account had been opened for

about three weeks by then. Forever the optimist, I simply explained away the issue by telling myself that the attempt must have failed because the account could not go under $100, and I, consequently, would not be able to withdraw until more funds were available in the account.

10. The funds availability date came. The check had not bounced, and the balance was the amount of the check + $100. On that date the total balance and the available balance matched, as expected.

11. I tried another withdrawal from another Chase ATM, and, again, it failed to go through. This time the card was rejected and a message appeared on the ATM saying I needed to call Chase. I called Chase. For the first time in my life that I was placed on hold not for a special department, but for a special specialist who, I was told, was going to explain to me why my account had been cancelled – yes, cancelled.

12. I asked before being placed on hold if they were going to reopen my account at that time so I could continue my planned withdrawal, but received no answer. It did not take long for the specialist to come on.

13. He immediately said they cancelled my account because I had deposited a bad check. Bad check? I thought, asking myself if they were at least going to return the check so I can deposit it elsewhere. "We called the maker," the specialist said, "but they had skipped town." Skipped town? Called the maker? You're not the payer's bank I thought to myself, as United Community Bank was the bank of the payer. And why would they skip town, I thought. "The bank teller spotted the check as a bad check" he said, "so we cancelled the account." But she gave me the receipt with the funds availability date, I thought. When did she have time to review the check on

that insanely busy that Saturday morning? And if it was a bad check, why didn't she tell me? "And it looks like the check was written in 2012," he added. What?! I thought. I can prove my authority, but why would the bank wait so long to inform me of the circumstances? Why would a bank teller accept the check if it was identified as "bad" and fail to inform me? Why would she accept the check with late availability and not accept the check at the same time. And cancel my account for it.

14. I was headed to California the next day to raise funds from a hedge fund my connection at TPG had propped up. I was also on a mission to retain and fund David Shapiro's potential representation of Leveraged in that despicable interpleader filed by Wilmington Trust holding $122 million in assets. I didn't have enough time to visit a Chase branch and prove to a Chase representative that I had authority to execute an instrument for $2000 to $3000. Had they asked me for whatever proof they needed when I deposited the check I would have had access the the funds already. Heck, there was public proof of that authority.

15. Moreover, it was the position and the statements the Chase specialists made over the phone that made the entire thing memorable to me. Had he simply said the check had not been honored, I would have hung up and went on with my life (or in this case, called Chase Credit Card to set up a pin and complete my planned withdrawal).

16. Worst of all, as I would be reminded weeks later by an account statement from Chase Bank, Chase took my $100 deposit, too. Not just the check, but the $100 disappeared. Chase never gave that back.

17. I called Chase bank again some weeks later, this time fueled with the recently noticed fact that my deposited $100 was missing along with the check. No one special was available this time to speak with me. I drove from downtown New York City to Queens that weekday in mid-day traffic waiting for the special specialist, who I guess this time never even bothered.

18. Fast forward eight weeks to August 16, 2013. Following an all-day session at Patton Boggs LLP, I was seated at the customer reception area on the second floor of JPMorgan Chase branch in Times Square. I had a bank check made out for $75,000 and payable to a limited liability company for which I was an authorized signor and authorized to open a bank account. I was at the JPMorgan Chase branch to open an account in the name of the limited liability company. I also planned to deposit the $75,000.00 instrument in the account I was opening.

19. After a short wait, the business banker appeared. I informed him that I wished to open a checking account in the name of a business and that I had a $75,000.00 bank check that I wished to deposit into the account. I followed the banker to his station. Very efficiently, the banker explained all offerings and he was ready to open the account.

20. But first we ran into a glitch that required the banker to leave his desk for a few minutes. As I waited for the banker to return I began wondering what the issue could be. Over the previous few days I had discussed, with my attorney at Patton Boggs, JPMorgan's involvement in the ponzi scheme Alphonse Fletcher Jr. and Citco Group, Ltd. perpetrated for years.

21. In fact, JPMorgan's involvement in the ponzi scheme that led to the lawsuit I filed for Leveraged Hawk, Inc. in the Northern District of California was the only thing Patton Boggs

had been interested in discussing over those last few day sessions I spent with them. Later I learned Patton Boggs was JP Morgan's attorney, pretending for JP Morgan to be mine.

22.     The banker returned and said there was a problem. I asked if it was a big one, and the banker informed me it was only a small problem. "You deposited a check where the payee was a limited liability company to your sole proprietor checking account," he said. I didn't want to argue so I simply asked whether we could still go ahead that day and open the checking account in the name of the limited liability company, as I had intended that day. He said it would not be a problem, and that they had taken care of it.  "We can open the account right now," he said, before he sat down and proceeded to finish opening the account.

23.     I then gave the banker the Citibank bank check for $75,000 to deposit in the new account. The banker accepted and gave me a deposit receipt. The date the funds were going to become available was printed at the bottom, like the last time. The available funds date was August 20, 2013.

24.     The banker also gave me business checks and a business debit card which were tied to the account. The checks had the entity's name printed on them. The debit card had a Visa logo, the entity name stamped on it, and my name stamped below.

25.     On August 20th I called the banker at JPMorgan Chase who opened the account for the limited liability company to tell him that I planned to open accounts with him for all entities I was responsible with him at JP Morgan Chase. "The account has been closed," he said to me upon answering the phone. "Didn't they tell you," he followed without specifying who he was referring to. "Yeah, they closed the account," he repeated without explaining why. "They will send you a

check for your money in the mail in ten days," he followed. "Yes, don't worry," he said, "They'll send you a bank check for the balance."

26. I hung up, shocked and depressed about the situation I found myself in. Ten days later, I called the banker again. I told him the check he promised had not arrived yet. He informed me it takes about ten business days before they send the check. I proceeded to ask him some questions about the situation that had developed with the accounts I had and some of the entities I was related with who banked at Citibank. The banker answered as much as he could before telling me that I needed to see a lawyer. I didn't tell him I already had a banking super lawyer who was stupefied at Citibank's actions, but offered little beside false sympathy.

27. About a month later, with my situation inexplicably deteriorating, I visited a JPMorgan Chase branch to inquire about the account and about the promised funds in the form of the bank check that I had yet to receive. I had come to realize that JPMorgan Chase never sent me anything in writing informing me the account had been closed. I had also learned from my dealings with Citibank that phone calls got you lies. I began having doubts as to whether the account was really closed.

28. I was told on my visit that there was no record that the account number ever existed. It did not matter that I showed the teller a copy of the check I received from the banker when I opened the account that had the name of the limited liability company and my name printed on it together with the common indicia of JPMorgan Chase I e-mailed an aide a summary of what I learned during my visit at a JPMorgan Chase branch that I incorporate herein the form of ***Exhibit 00047***.

29. In mid-December, I still had not received either the promised $75,000 or anything in writing regarding the account I opened August 16, 2013.

30. I learned that my sister had an acquaintance who was a branch manager at a branch of JPMorgan Chase branch. I pleaded with my sister to check the status of the account with her friend, knowing from experience the embarrassment people feel checking on an account with notations of the crime-ridden abnormality type. My sister inquired about the account and informed me it had been closed. By this time, I no longer believed the account had really been closed because JPMorgan Chase would be committing the grandest of robberies by simply closing the account and keeping the $75,000, so I asked to speak to her acquaintance myself. “The account was closed,” the JPMorgan Chase branch manager said to me upon picking the phone. Her tone hinted that she was slightly shocked I was even asking about the account. “The check was a fake,” she said. “A fake?” I asked. “Yes,” she replied. “But I have the receipt…” I started to say before I realized that nothing I could say would even begin to cast doubt on a matter JPMorgan Chase had determined beyond all doubt.

31. “But a bank check is a fake if the instrument itself is actually altered?” I asked, looking to confirm what I had learned from my numerous visits at Citibank branches over the past few months. “Yes,” she replied, “the instrument itself was a fake.” I have included a copy of the instrument I deposited at JPMorgan Chase on August 16, 2013 in the form of ***Exhibit 00003***. I gave JPMorgan Chase the actual check front copy took from me and that I continue to be held responsible for.

32. I am capable of achieving incredible things. Unfortunately, as co-defendant Neal Brickman said to me during our only in-person meeting, I’m a big picture kind of person who’s

not good about little things. I've come close to losing a $725,000 instrument caught in thought about bigger things, and I refer to the bank check written a week later than the $75,000 I deposited at JPMorgan Chase out of the same Citibank account, and deposited weeks after August 16, 2013, without issue. My abilities, however, do not extend to knowledge of how to alter or create a "fake" $75,000 instrument.

______________________

Gerti Muho, Plaintiff

Sworn to and signed before me this 14th of February 2014

______________________

# Affidavit 1 Exhibits

**Muho v. Fletcher et al.**

# Exhibit 003

**Muho v. Fletcher et al.**

FOR YOUR PROTECTION SAVE THIS COPY

citibank

Citibank, N.A.

OFFICIAL CHECK

SERVICE INSTRUCTIONS

PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

62-20
311

DATE

PAY

TO THE ORDER OF

NAME OF REMITTER
ADDRESS

Citibank, N.A. One Penn's Way
New Castle, DE 19720

NON NEGOTIABLE

REMITTER COPY

TERMS

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

# Exhibit 047

**Muho v. Fletcher et al.**

**Subject:** stranger yet

**Date:** Monday, September 16, 2013 at 4:29:03 PM Eastern Daylight Time

**From:** Gerti Muho <gm@gmcapital.net>

**To:** Stefano Pellegrino <sp@gmcapital.net>

I met someone who was chit chattering me to death as I was getting off the subway. I saw a Chase bank and decided to inquire about the Acacius S account I opened there a month ago after Chase confirmed I could maintain accounts with Chase without issue. I deposited the negotiable instrument with Chase that Friday after receiving the debit card, checks etc. I have been promised the badly needed funds for a month now but have not. So I checked. gave the dumbfound visibly tired teller the account number which did not return. any account. weird. gave him my license and ssn which was the only ssn listed with the account. still not hit. he looked deeper and came back with a cc account. he then was visibly lost and I am of course stunned. he double checked that the account was not in his system at all. All checks. Asked him to confirm that closed accounts would provide evidence with checks and he confirmed.

I left

Sent from my iPhone