|  |  | UNITED STATES DISTRICT COURT |
|---|---|---|
|  |  | SOUTHERN DISTRICT OF FLORIDA |

Gerti Muho )
       Plaintiff )
        )
-vs- )
        )
        )
Alphonso Fletcher, Jr etal )
        )
       Defendant )
_____ )

Case No. 1:14-CV-020568-KMM

CLERK NOTICE OF
INSUFFICIENT FUNDS

The Clerk notifies the Court that on 2/14/14 the filing fee of 400.00 was received (receipt# FLS1-73973). On 02/21/14, this transaction was retired stating "Blocked / Frozen Account". As of today, we have not received a replacement for this fee. Therefore, the filing fee of $400 plus the insufficient funds fee of $53 has not been paid in this case.

Filed this 26th day of February 2014

Steven M. Larimore,
Court Administrator • Clerk of Court

By: _____
     Deputy Clerk

C: United States District Judge Moore

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven L. Larimore**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

February 26, 2014

Gerti A Muho
6031 Grove St 2F
Ridgewood, NY 11385-2638
Queens County

Re: Case #14-CV-20568- Gerti Muho v Alphonse Fletcher, Jr etal

Dear Mr. Muho,

On February 14, 2014, we processed a filing fee in the amount of $400 in the case mention above (receipt #FLS1-73973). The bank has notified us that on February 21, 2014, your check was retired due to "Frozen/Blocked Account".

Pursuant to 28 USC 1914, (c), Judicial Conference Schedule of Additional Fees (9), the fee for checks paid to the Court and returned for lack of funds is $53.00.

Please remit the NSF fee of $453.00 in the form of Credit Card or Money Order or Cashier Check payable to **"Clerk, United States Court"** to the following address:

> US District Court Southern District of Florida
> Office of the Clerk of Court - Financial
> Wilkie D. Ferguson, Jr United States Courthouse
> 400 North Miami Avenue Rm 8N09
> Miami, Fl 33128-7716

Attached you will find a copy of the check and reversal transaction. If you have any question concerning this matter, please contact our office at (305)523-5050.

Sincerely,

Tonya Armstrong
Financial Deputy Clerk

---

*It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice.*